# United States District Court
# Eastern District of Pennsylvania (Philadelphia)
# CIVIL DOCKET FOR CASE #: 2:20−cv−04057−GEKP

BOWENS et al v. LOWE'S COMPANIES , INC. et al
Assigned to: HONORABLE GENE E.K. PRATTER
Case in other court:  Philadelphia County Court of Common Pleas, 200401292
Cause: 28:1441 Notice of Removal

Date Filed: 08/19/2020
Date Terminated: 08/31/2020
Jury Demand: Plaintiff
Nature of Suit: 790 Labor Litigations
Jurisdiction: Diversity

**Plaintiff**

**DARRYL BOWENS**     represented by    **PETER D. WINEBRAKE**
WINEBRAKE & SANTILLO, LLC
Twining Office Center, Suite 211
715 Twining Road
Dresher, PA 19025
215−884−2491
Fax: 215−884−2492
Email: pwinebrake@winebrakelaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**JASON MARTIN**     represented by    **PETER D. WINEBRAKE**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**LOWE'S COMPANIES , INC.**     represented by    **LEE E. TANKLE**
TROUTMAN PEPPER HAMILTON SANDERS LLP
3000 TWO LOGAN SQUARE
18TH & ARCH STS
PHILADELPHIA, PA 19103
215−981−4096
Email: lee.tankle@troutman.com
*ATTORNEY TO BE NOTICED*

**CHRISTOPHER J MORAN**
TROUTMAN PEPPER HAMILTON SANDERS LLP
3000 TWO LOGAN SQUARE
18TH & ARCH STS
PHILADELPHIA, PA 19103
Email: christopher.moran@troutman.com
*ATTORNEY TO BE NOTICED*

**Defendant**

LOWE'S HOME CENTERS, LLC       represented by    **LEE E. TANKLE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CHRISTOPHER J MORAN**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/19/2020 | 1 | NOTICE OF REMOVAL by LOWE'S HOME CENTERS, LLC, LOWE'S COMPANIES, INC. (Filing fee $ 400 receipt number 0313−14507384), filed by LOWE'S HOME CENTERS, LLC, LOWE'S COMPANIES, INC.. (Attachments: # 1 Civil Cover Sheet, # 2 Designation, # 3 Case Management Track Form)(MORAN, CHRISTOPHER) (Entered: 08/19/2020) |
| 08/19/2020 | 2 | Disclosure Statement Form pursuant to FRCP 7.1 with Certificate of Service by LOWE'S HOME CENTERS, LLC.(MORAN, CHRISTOPHER) (Entered: 08/19/2020) |
| 08/19/2020 | 3 | Disclosure Statement Form pursuant to FRCP 7.1 with Certificate of Service by LOWE'S COMPANIES, INC..(MORAN, CHRISTOPHER) (Entered: 08/19/2020) |
| 08/19/2020 | 4 | NOTICE of Appearance by LEE E. TANKLE on behalf of LOWE'S COMPANIES, INC., LOWE'S HOME CENTERS, LLC with Certificate of Service(TANKLE, LEE) (Entered: 08/19/2020) |
| 08/19/2020 |  | DEMAND for Trial by Jury by DARRYL BOWENS, JASON MARTIN. (fb) (Entered: 08/20/2020) |
| 08/31/2020 | 5 | Certified Copy of Conditional Transfer Order (CTO−1) transferring this matter to the Western District of North Carolina for the reasons set forth in the order of 8/5/20, and with the consent of that order, assigned to the Honorable Kenneth D. Bell. (mbh, ) (Entered: 08/31/2020) |